Arturo Hernandez-M.
LAW OFFICES OF ARTURO HERNANDEZ-M.
15 South 34th Street
San Jose, California 95116
Phone: (408) 729-5785
Fax: (408) 729-0167
State Bar No. 108980

Attorney for Defendant Manuel Hector Rodriguez Tapia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.1:19-cr-00210-SKO-1 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM DECEMBER 2, 2019 TO JANUARY 21, 2020 |
| MANUEL HECTOR RODRIGUEZ TAPIA, | |
| Defendant, | |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, KIMBERLY A. SANCHEZ, A.U.S.A.; ALL COUNSEL ENTITLED TO RECEIVE NOTICE; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE SHELIA K. OBERTO PRESIDIING IN SAID COURT:

**IT IS HEREBY STIPULATED** by and between the parties hereto through, Attorney for plaintiff; Kimberly A. Sanchez and Arturo Hernandez-M., Attorney for defendant Manuel Hector Rodriguez Tapia, that the Status Conference now set for December 2, 2019 be continued any time be excluded from December 2, 2019 to January 21, 2019.

This request is made jointly by the government and defense in order to

1

accommodate Defense Counsel Arturo Hernandez-M as he needs more time to review the plea agreement with Mr. Rodriguez Tapia and to finalize pending issues. The parties agree that the interest of justice is served by granting this continuance and outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the parties agree that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded from December 2, 2019, up to and including January 21, 2020 at 1:00 p.m.

Respectfully submitted,

/s/ Kimberly A. Sanchez

Date: November 27, 2019

Kimberly A. Sanchez
Attorney for Plaintiff, U.S.A.

Date: November 27, 2019 /s/ Arturo Hernandez -M
ARTURO HERNANDEZ-M
Attorney for Defendant
Manuel Hector Rodriguez Tapia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br><br>        Defendant.<br>MANUEL HECTOR RODRIGUEZ TAPIA, | NO. 1:19-cr-00210-LJO-SKO-1<br><br>CERTIFICATE OF SERVICE |

    This is to certify that on the November 27,2019, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

U.S. A Kimberly A. Sanchez

    All Other Counsel entitled to notice by E-Notice in this case

                                              /s/ Arturo Hernández-M.
                                              _____
                                              Declarant Arturo Hernandez-M.
                                              Attorney for Defendant
                                              Manuel Hector Rodriguez Tapia

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that the time from December 2, 2019 up to and including January 21, 2020 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **November 27, 2019**　　　　　　　　　　/s/ *Sheila K. Oberto*

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE