| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00210 NONE-LJO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| v. | |
| MIGUEL RODRIGUEZ TAPIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Arturo Hernandez, attorney for the defendant, that the status conference set for March 2, 2020 at 1:00 pm before the Honorable Sheila K. Oberto be vacated and a change of plea hearing be set before the Honorable Dale A. Drozd for April 17, 2020 at 8:30 a.m. The reason for the request is the parties believe the defendant will be prepared to enter a guilty plea on April 17, negating the need for the status conference.

///
///
///
///
///
///
///
///

Stipulation

1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay through April 17, 2020 is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: February 26, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: February 26, 2020

/s/ Arturo Hernandez
ARTURO HERNANDEZ
Attorney for Defendant

IT IS SO ORDERED.

Dated: **February 28, 2020**　　　　　　　　　/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

Stipulation

2