McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00210 NONE |
| Plaintiff, | STIPULATION TO EXTEND DUE DATE FOR GOVERNMENT'S OPPOSITION |
| v. | |
| MANUEL HECTOR TAPIA RODRIGUEZ, | |
| Defendant. | |

The United States, through McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney, and Arturo Hernandez, attorney for Defendant have stipulated to an extension of the due date for the government's opposition to Defendant's Motion for Release from April 29, 2020 until May 6, 2020. Due to other deadlines, matters arising from the COVID-19 epidemic, and a misunderstanding between defense and the government as to the proposed plan going forward, the government needs additional time to prepare a filing. The government contacted defense counsel, who has no objection to extending the time to submit its opposition to May 6, 2020. No hearing date has been set yet, and the next scheduled court appearance is May 29, 2020 for a status conference.

Dated: April 29, 2020                                   Respectfully submitted,

Stipulation                                                                 1

|   |   |
|---|---|
|   | McGREGOR W. SCOTT<br>United States Attorney |
|   |   |
| By | /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney |
| Dated:  April 29, 2020 | /s/ Arturo Hernandez<br>ARTURO HERNANDEZ<br>Attorney for Defendant |

Pursuant to the parties' stipulation, it is hereby ordered that the government may file its opposition on or before May 6, 2020.

IT IS SO ORDERED.

Dated:  **April 30, 2020**            _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

Stipulation                                2