ARTURO HERNANDEZ-M, Attorney at Law
15 South 34th St.
San Jose, California, 95116
Phone  (408) 729-5785
Fax      (408) 729-0167
California Bar No. 108980
Email: artlawoff@aol.com

Attorney for Manuel Hector Rodriguez-Tapia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL HECTOR TAPIA RODRIGUEZ,<br><br>Defendant. | CASE NO.  1:19-CR-00210 DAD<br><br>STIPULATION TO EXTEND DUE DATE FOR DEFENDANT'S REPLY |

The Defendant, Manuel Hector Tapia Rodriguez, through his counsel Mr. Arturo Hernandez, and the United States, through Kimberly A. Sanchez, Assistant U.S. Attorney, have stipulated to an extension of the due date for the Defendant's Reply to the Government's Opposition to Defendant's Motion for Release from May 12, 2020 to May 18, 2020. Due to other deadlines and matters arising from the COVID-10 pandemic, the defense needs additional time to prepare a filing. Defense counsel contacted the government, who has no objection to extending the time to submit its opposition to May 18, 2020. No hearing date has been set yet, and the next scheduled court appearance is June 26, 2020.

Dated: May 12, 2020              Respectfully submitted,

                                 /s/ Arturo Hernandez
                                 Arturo Hernandez
                                 Attorney for Defendant

/s/ Kimberly A. Sanchez
Kimberly A. Sanchez
Assistant U.S. Attorney

ORDER

Pursuant to the parties' stipulation, defendant's reply brief is now due to be filed on or before May 18, 2020.

IT IS SO ORDERED.

Dated: **May 12, 2020**

_____
UNITED STATES DISTRICT JUDGE